**Joseph & Norinsberg LLC**

Fighting for Employee Justice

| | | |
|---|---|---|
| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
| One World Trade Center, 85th Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| New York, NY 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

December 3, 2024

**VIA ECF**
Hon. Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 15C
New York, N.Y. 10007-1312

    Re:    ***Igartua v. Happy Days Dispensary, Inc.***
               ***Case No. 1:24-cv-06594 (LJL)***

Dear Judge Liman:

      Our office represents Plaintiff Juan Igartua ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant, Happy Days Dispensary, Inc. ("Defendant"), which was filed on August 30, 2024. The Summons was issued on September 3, 2024 (ECF Dkt. 4). We sent the Summons and Complaint to our process servers, Meridian Investigations & Security in Port Washington, New York, for service upon the Defendants. Unfortunately, we have not yet received the Affidavit of Service in return.

      Due to unforeseen staffing issues, we have been unable to prosecute this action promptly. Our Chief Counsel, Mr. Nathaniel Peckhart, and our Paralegal for the ADA Division, who maintained our Calendar, both left our firm in the same week, leaving us significantly understaffed. However, we have recently hired new personnel for this Division and are working diligently to catch up on all pending matters.

      We respectfully request an adjournment of today's teleconference scheduled for 2:00 p.m. pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, which permits the court to grant an extension for good cause shown. We apologize for the late filing of this letter motion, which is a result of the aforementioned unforeseen staffing issues. We are also attempting to contact the Defendants via email and phone calls.

   We will apprise the Court of our status within 15 days, as required by Rule 16(b) to ensure continued progress in the case.

Thank you for your understanding and consideration.

                Sincerely,

                Jon L. Norinsberg, Esq.
                *Senior Partner*
                *Attorney for Plaintiff*
                110 East 59th Street, Suite 2300
                New York, New York 10022
                Tel. No.: (212) 227-5700
                Fax No.: (212) 406-6890
                jon@norinsberglaw.com

Plaintiff shall effectuate service no later than December 30, 2024. An initial conference is scheduled for January 31, 2025 at 12PM. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use conference ID# 358639322

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

December 9, 2024