## AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-06594-LJL                               Date Filed: 9/3/2024

Plaintiff:
**Juan Igartua, on behalf of himself and all others similarly situated**

vs.

Defendant:
**Happy Days Dispensary Inc.**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Happy Days Dispensary Inc.**.

I, Patricia Burke, do hereby affirm that on the **6th day of December, 2024** at **3:15 pm, I:**

served **Happy Days Dispensary Inc.** by delivering two true copies of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial, Civil Cover Sheet and Memorandum of Law pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Nancy Dougherty** as **Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ___10/9/24___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Patricia Burke
Process Server

**Meridian Investigations & Security**
**48 Davis Avenue**
**Port Washington, NY 11050**

Our Job Serial Number: SRN-2024006594

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b