**Joseph & Norinsberg LLC**
Fighting for Employee Justice

| Downtown Manhattan Office | Midtown Manhattan Office | Newark Office |
|---|---|---|
| One World Trade Center, 85th Floor<br>New York, NY 10007 | 110 East 59th Street, Suite 2300<br>New York, New York 10022 | One Gateway Center, Suite 2600<br>Newark, New Jersey 07102 |
| Philadelphia Office | Boston Office | Orlando Office |
| 1650 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | 225 Franklin Street, 26th Floor<br>Boston, Massachusetts 02110 | 300 N. New York Ave, Suite 832<br>Winter Park, Florida 32790 |

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

December 30, 2024

**VIA ECF**
Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 15C
New York, N.Y. 10007-1312

    Re:    ***Igartua v. Happy Days Dispensary, Inc.***
                 ***Case No. 1:24-cv-06594 (LJL)***

**Dear Judge Liman,**

      Our office represents Plaintiff Juan Igartua ("Plaintiff") in the above-referenced matter under the Americans with Disabilities Act ("ADA") against Defendant Happy Days Dispensary, Inc. ("Defendant"), which was filed on August 30, 2024. The Summons was returned executed on December 15, 2024.

      On Thursday, December 26, 2024, our office was contacted by defense counsel, Robert O'Connor, who informed us that his firm was recently retained by the Defendant. At that time, our office consented to his request for a 30-day extension to respond to the Complaint. Additionally, we agreed to set aside time following the New Year to discuss a potential resolution of this matter.

      The parties conferred again this afternoon and we agreed to file this letter with the Court to advise Your Honor of these developments. We reiterate our consent to adjourn the filing of the Defendant's Answer to the Complaint until the end of January We also request that the Court adjourn the initial conference that is currently scheduled for January 31, 2025 to allow the parties time to continue settlement discussions or for Defendant to file an Answer if necessary. We have also scheduled another call at the beginning of next week to discuss potential settlement terms and we will continue to keep the Court apprised of any developments on that front.

      Thank you for Your Honor's attention to this matter.

Sincerely,

*[signature]*

Arjeta Albani, Esq.
Joseph & Norinsberg, LLC
*Attorneys for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Tel. No.: (212) 227-5700
Fax No.: (212) 406-6890
arjeta@emlpoyeejustice.com

c.c. Robert 'Bobby' O'Conner, Esq.
   roconner@mmwr.com
   Montgomery McCracken Walker & Rhoads, LLP
   437 Madison Avenue
   New York, New York 10022
   (212) 551-7794
   Cell Phone (516) 993-4471

The initial pre-trial conference presently scheduled for January 31, 2025 is adjourned to February 13, 2025 at 2:00 PM.

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

January 2, 2025